UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM GROGAN,<br><br>                              Plaintiff,<br><br>v.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC., et al.<br><br>                              Defendants. | Case No.:  3:16-cv-01088-L-DHB<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Parties' Joint Motion [Doc. 27] to Dismiss under Fed. R. Civ. P. 41(a)(1), the Court hereby dismisses the Complaint with prejudice.  Each party to bear their own fees and costs.

Dated:  December 7, 2016

_____
Hon. M. James Lorenz
United States District Judge